799 N.E.2d 675 (2003)
206 Ill.2d 633
278 Ill.Dec. 810
PEOPLE State of Illinois, petitioner,
v.
Richard C. NITZ, respondent.
No. 91429.
Supreme Court of Illinois.
December 3, 2003.
In the exercise of this Court's supervisory authority, the Appellate Court, Fifth District, is directed to vacate its judgment in People v. Nitz, 319 Ill.App.3d 949, 254 Ill.Dec. 281, 747 N.E.2d 38 (2001). The appellate court is directed to reconsider its decision in light of People v. Crespo, 203 Ill.2d 335, 273 Ill.Dec. 241, 788 N.E.2d 1117 (2001), People v. Thurow, 203 Ill.2d 352, 272 Ill.Dec. 185, 786 N.E.2d 1019 (2003), People v. Swift, 202 Ill.2d 378, 269 Ill.Dec. 495, 781 N.E.2d 292 (2002), and People v. Kaczmarek, 207 Ill.2d 288, 278 Ill.Dec. 329, 798 N.E.2d 713 (2003).